**Order entered May 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00106-CR

### SUZANNE BATTLES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MB10-50867-F**

## ORDER

The Court **REINSTATES** the appeal.

On March 4, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent; (3) appellant is represented by retained counsel Glen Wietzel; (4) Charon Evans is the court reporter who recorded the proceedings; (5) the record has not been filed because Ms. Evans did not receive notice the appeal had been filed; (6) the estimated cost of the record is $2,100; (7) counsel indicated appellant could pay for the record within thirty days of the March 29, 2013 hearing; and (8) Ms. Evans indicated the record could be filed within thirty days after she received payment for the record.

We **ORDER** court reporter Charon Evans to file, within **THIRTY DAYS** of the date of this order, either the reporter's record or written verification that appellant has not paid for the record.  *We notify appellant that if we receive verification of non-payment, we will order the appeal submitted without the reporter's record.*  See TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to court reporter Charon Evans and to counsel for all parties.


/s/      DAVID EVANS
         JUSTICE